TYLER, Appellant, v. GENEVA PRESERVING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by George M. D. Tyler against the Geneva Preserving Company. No opinion. Judgment affirmed, with costs.